UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
U.S. BANK NATIONAL ASSOCIATION, : CASE NO. 1:16-CV-969
:
      Plaintiff, :
:
  vs. : OPINION & ORDER
: [Resolving Doc. 8]
ANTHONY L. VIOLA, et al., :
:
      Defendants. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    Defendant-Cross Claimant Anthony Viola moves for default judgment under Federal Rule of Civil Procedure 55 against Defendants-Cross Defendants Chase Bank USA, N.A. ("Chase Bank") and Citibank (South Dakota) ("Citibank") for failure to plead or otherwise defend.[1] On January 13, 2017, the Court dismissed the case as to Defendants Citibank and Chase Bank for want of prosecution by Plaintiff U.S. Bank National Association.[2] Because Citibank and Chase Bank are no longer parties to the case, Viola's motion for default judgment is moot. Accordingly, the Court **DENIES** Defendant-Cross Claimant Viola's motion for default judgment.

    IT IS SO ORDERED.

Dated: February 23, 2017            *s/      James S. Gwin*
                                                           JAMES S. GWIN
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 8.
[2] Doc. 28.